# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DEREK PRATCHER**  **PETITIONER**
*Reg. #21153-076*

v.     CASE NO. 2:24-CV-000178-BSM

**C GARRETT,**
*Warden, FCI-Low*     **RESPONDENT**

## ORDER

After careful review of the record, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 11] is adopted and Derek Pratcher's petition for writ of habeas corpus is denied and the case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of March, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE