IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DEREK PRATCHER**                                                                                       **PETITIONER**
*Reg. #21153-076*

v.                              CASE NO. 2:24-CV-000178-BSM

**C GARRETT,**
*Warden, FCI-Low*                                                                                         **RESPONDENT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE